FILED
2026 MAY 20 PM 1:20
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
BRYAN REEVES, Assistant United States Attorney (DC #994799)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>INFORMATION</u> |
| Plaintiff, | : | VIO. 8 U.S.C. § 1326 |
| vs. | : | (REENTRY OF A PREVIOUSLY REMOVED ALIEN) |
| DENNIS MORALES-TURCIOS, | : | |
| Defendant. | : | Case: 2:26−cr−00181<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 5/20/2026<br>Description: USA v. Morales−Turcios |

The United States Attorney charges:

COUNT I

On or about May 19, 2026, in the District of Utah,

DENNIS MORALES-TURCIOS,

the defendant herein, an alien who on or about August 9, 2013, November 26, 2014, July 7, 2015, and December 11, 2018, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of

Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 20th day of May, 2026.

MELISSA HOLYOAK
First Assistant United States Attorney

FOR: ______________________________
Bryan Reeves
Assistant United States Attorney